**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Daniel GONZALEZ, a.k.a. Jaime Mora,**
**a.k.a. Francisco Villareal,**
**Defendant–Appellant.**

No. 05–10579
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

May 17, 2006.

David Paul Rhodes, United States Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Jerry Stacey Theophilopoulos, Law Offices of Larry Crow, P.A., Tarpon Springs, FL, for Defendant–Appellant.

Before TJOFLAT, BLACK and WILSON, Circuit Judges.

PER CURIAM:

Jerry S. Theophilopoulos, appointed counsel for Daniel Gonzalez in his direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Gonzalez's conviction and sentence are **AFFIRMED.**[1]

1. Counsel's motion to stay the briefing schedule until Gonzalez had time to review Counsel's motion to withdraw is now moot. Gonzalez responded to Counsel's motion on February 28, 2006, and we considered the response in our decision.